UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, | ) |
| Plaintiff, | ) Case No. 3:22-cv-05774 |
| v. | ) |
| | ) PLAINTIFF'S NOTICE OF RELATED |
| OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE, | ) CASE |
| Defendants. | ) |

Pursuant to Local Civil Rule 3(g), Plaintiff Animal Legal Defense Fund ("ALDF") hereby provides notice of a related case pending in this district before the Honorable Judge Robert S. Lasnik, *Animal Legal Def. Fund v. Olympic Game Farm et al.*, Case No. 3:18-cv-06025-RSL. The parties in the case are plaintiff ALDF and defendants Olympic Game Farm, Inc., Robert Beebe, James Beebe, and Kenneth Beebe. Case No. 3:18-cv-06025-RSL alleges violations of the Endangered Species Act and Washington State public nuisance law[1] by the defendants at their roadside zoo in Sequim, Washington.

---

[1] The District Court recently certified the public nuisance issue to the Washington State Supreme Court, which assigned it case number 101264-1.

NOTICE OF RELATED CASE - 1

SMITH & LOWNEY, P.L.L.C.
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

This case asserts Endangered Species Act claims that the Court held are not part of Case No. 3:18-cv-06025-RSL, related to Defendants' keeping Grizzly bears in enclosures rife with cheatgrass, a plant with invasive, barbed awns that burrow into the bears' skin causing festering wounds. *See* Case No. 3:18-cv-06025-RSL, Dkt. 255.

DATED this 12th day of October 2022

SMITH & LOWNEY, PLLC

By: *s/Claire Tonry*
Claire E. Tonry, WSBA No. 44497
Attorneys for Plaintiff
2317 E. John St.,
Seattle, WA 98112
Tel: (206) 860-2124; Fax: (206) 860-4187
E-mail: claire@smithandlowney.com

Daniel H. Waltz, WSBA No. 45708
Animal Legal Defense Fund
The Yard, 700 Pennsylvania Ave SE
Washington, DC 20003
Tel: (707) 795-2533; Fax (707) 795-7280
Email: dwaltz@aldf.org

*Attorneys for Plaintiff Animal Legal Defense Fund*