UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., ROBERT BEEBE, JAMES BEEBE, and KENNETH BEEBE,<br><br>Defendants. | No. 3:22-cv-05774<br><br>**CORPORATE DISCLOSURE STATEMENT OF OLYMPIC GAME FARM, INC.** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Olympic Game Farm, Inc. has no parent corporation, and no publicly held corporation owns 10 percent or more of its stock.

DATED: October 24, 2022.

STOEL RIVES LLP

*s/Aric H. Jarrett*
Jason T. Morgan, WSBA No. 38346
Aric H. Jarrett, WSBA No. 39556
James C. Feldman, WSBA No. 51271
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: 206.624.0900
jason.morgan@stoel.com
aric.jarrett@stoel.com
james.feldman@stoel.com

*Attorneys for Defendants*

CORPORATE DISCLOSURE STATEMENT OF
OLYMPIC GAME FARM, INC. - 1
(3:22-cv-05774)

117196740.1 0069042-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2022, I caused to be filed a true and correct copy of the foregoing document with the Clerk of the Court for the United States District Court – Western District of Washington by using the CM/ECF system. All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

*s/ Aric H. Jarrett*
Aric H. Jarrett, WSBA No. 39556

CORPORATE DISCLOSURE STATEMENT OF
OLYMPIC GAME FARM, INC. - 2
(3:22-cv-05774)

117196740.1 0069042-00002

**STOEL RIVES** LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101
*Telephone 206.624.0900*