UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff,<br><br>v.<br><br>OLYMPIC GAME FARM, INC., *et al.*,<br><br>Defendants. | CASE NO. 3:18-cv-06025-RSL<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CONSOLIDATE |

This matter comes before the Court on plaintiff's motion to consolidate the above-captioned matter with *Animal Legal Defense Fund v. Olympic Game Farm, Inc., et al.*, Case No. 3:22-cv-05774-RSL ("ALDF 2"). Although the motion was filed only in this cause number, the parties in ALDF 2 are represented here and/or have notice of the motion.

The Court finds that consolidation is appropriate under Fed. R. Civ. P. 42(a). ALDF 2 is much narrower than originally anticipated, focusing solely on the impacts of cheatgrass on Olympic Game Farm's bears and the treatments for cheatgrass-related injuries. The new issues will not overwhelm those presented in ALDF 1, the case schedules can be aligned, defendants' standing challenge has been rejected, and the consolidated action can be managed to avoid duplication and inefficiencies.

ORDER GRANTING PLAINTIFF'S MOTION TO
CONSOLIDATE - 1

For all of the foregoing reasons, the motion to consolidate is GRANTED. It is hereby ORDERED that *Animal Legal Defense Fund v. Olympic Game Farm, Inc., et al.*, Case No. 3:18-cv-06025-RSL, and *Animal Legal Defense Fund v. Olympic Game Farm, Inc., et al.*, Case No. 3:22-cv-05774-RSL, are consolidated for all purposes. All documents filed in the future regarding these matters shall be filed under cause number 3:18-cv-06025-RSL and bear the caption:

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND,<br><br>                    Plaintiff,<br><br>          v.<br><br>OLYMPIC GAME FARM, INC., *et al.*,<br><br>                    Defendants. | CASE NO. 3:18-cv-06025-RSL |

The Clerk of Court is directed to close cause number 3:22-cv-05774-RSL.

Plaintiffs shall file a consolidated amended complaint within twenty-one days of the date of this Order. Following amendment, a case management order will issue that is generally consistent with the deadlines established in 3:22-cv-05774-RSL at Dkt. # 15. No further amendments will be permitted absent a showing of good cause. Discovery[1] and dispositive motions shall be limited to issues related to plaintiffs' standing to pursue the cheatgrass claims, the bears' exposure to cheatgrass, and defendants' actions with regards to cheatgrass and cheatgrass-related injuries.

---

[1] These limitations do not impact or affect plaintiff's right to conduct a site visit of Olympic Game Farm per the Court's prior order or the parties' duty to timely supplement discovery responses to account for any new factual developments.

ORDER GRANTING PLAINTIFF'S MOTION TO
CONSOLIDATE - 2

1  Dated this 30th day of May, 2023.

2

3  *MRS Lasnik*
Robert S. Lasnik
4  United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION TO
CONSOLIDATE - 3